**UNITED STATES DISTRICT CORUT**
**SOUTHERN DISTRICT OF NEW YORK**

United States of America,



v.                                              25Crim.138

Randy Miller and                     **ORDER FOR ADMISSION**
Chad Miller                              **PRO HAC VICE**

               Defendants.
_____

The motion of Hector J. Diaz, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Arizona; and that his contact information is as follows:

Applicant's Name: Hector J. Diaz
Firm Name: Diaz Law PLLC
Address: 8777 E. Via de Ventura, Suite 350
City/State/Zip: Scottsdale, AZ 85258
Telephone: 602-796-6253

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Chad Miller in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 4/8/25

_____
United States District Court Judge