UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/27/25
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:25-cr-00138-LAK-2 |
| v. | **MOTION FOR LEAVE TO E-FILE UNDER SEAL** |
| CHAD MILLER, | |
| Defendant. | Judge Lewis A. Kaplan |

Defendant, CHAD MILLER ("Mr. Miller") respectfully moves this Court for leave to file Exhibits 13, 15, 16, and 17 of his Sentencing Memorandum under seal. *See, e.g.,* Fed. Crim. R. 49.1(d). Mr. Miller is requesting that these exhibits be filed under seal because Exhibits 13, 15, and 17 contain details regarding his medical history and his minor children and Exhibit 16 contains financial account numbers. *See* SDNY ECF Rule 21.4. As such, Mr. Miller respectfully requests leave of this Court to file Exhibits 13, 15, 16, and 17 of his Sentencing Memorandum under seal.

Counsel for Mr. Miller informed the government that Mr. Miller would be requesting leave from the Court to file Exhibits 13, 15, 16, and 17 under seal, and the government did not oppose Mr. Miller's request for leave.

Therefore, and for the reasons stated above, Mr. Miller respectfully requests leave of this Court to file Exhibits 13, 15, 16, and 17 of the Sentencing Memorandum, under seal.

Respectfully submitted,

Granted.

SO ORDERED
/s/ *[signature]*
LEWIS A. KAPLAN, USDJ

/s/ *Hector J. Diaz*
Hector J. Diaz
Diaz Law, PLLC
8777 E Via de Ventura, Suite 350
Scottsdale, Arizona 85258
hdiaz@hdiazlaw.com
602.209.7200

1